UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| WES JOSEPH PERTGEN,<br><br>Plaintiff<br><br>v.<br><br>ISIDRO BACA, et al.,<br><br>Defendants | Case No.  3:19-cv-00534-MMD-WGC<br><br>ORDER |
|---|---|

**I.      DISCUSSION**

On September 16, 2020, the Court gave Plaintiff leave to file a first amended complaint within 30 days.  (ECF No. 16.)  Plaintiff seeks an extension to file an amended complaint until November 30, 2020.  (ECF No. 18.)  The Court grants the motion for an extension of time.  Plaintiff shall file his first amended complaint on or before November 30, 2020.  If Plaintiff fails to file a timely first amended complaint, this action will be dismissed with prejudice for failure to state a claim.  (*See* ECF No. 16 at 4.)

Plaintiff also seeks permission to add Defendants and or claims to his first amended complaint that were not included in his initial complaint.  (ECF No. 19.)  The Court grants Plaintiff's request.  Plaintiff may add additional Defendants or claims to his first amended complaint.

Finally, Plaintiff requests a copy of the approved form for filing a § 1983 complaint.  (ECF No. 20.)  Plaintiff indicates that he tried to use the form that the Court previously sent him, but he made so many errors that the form is no longer usable.  (*Id.* at 2.)  The Court grants Plaintiff's motion and will order the Clerk of the Court to send Plaintiff another copy of the approved form for filing a § 1983 complaint.

**II.     CONCLUSION**

For the foregoing reasons, it is ordered that Plaintiff's motion for extension of time to file his first amended complaint (ECF No. 18) is granted.  Plaintiff shall file his first amended complaint on or before November 30, 2020.

It is further ordered that, if Plaintiff fails to timely file his first amended complaint, this action will be dismissed with prejudice for failure to state a claim.

It is further ordered that Plaintiff's motion to be allowed to add additional claims and Defendants to his first amended complaint (ECF No. 19) is granted.

It is further ordered that Plaintiff's motion for a copy of the approved form for filing a § 1983 complaint (ECF No. 20) is granted.  The Clerk of Court will send to Plaintiff the approved form for filing a § 1983 complaint and instructions for the same.

DATED THIS  16th day of October 2020.

*William G. Cobb*
UNITED STATES MAGISTRATE JUDGE