# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

WES JOSEPH PERTGEN,

                        Plaintiff,

v.

CURTIS KERNER, et al.,

                        Defendants.

3:19-cv-00534-MMD-CSD

**ORDER**

Re:  ECF No. 58

      Before the court is Plaintiff's Motion for an Order Compelling Discovery. (ECF No. 58.) Defendants have opposed Plaintiff's motion. (ECF No. 59.)  Plaintiff filed a reply. (ECF No. 60.)[1]

      In Plaintiff's motion, he contends that Defendants Walsh and Kerner have not responded to the discovery requests sent on April 4, 2022. (ECF No. 58.) Defendants state in their opposition that Plaintiff's motion is moot "because these documents were produced to Pertgen as Initial Disclosures." (ECF No. 59 at 2.)

      Plaintiff contends in his reply memorandum that he "needs AR's and OP's; and prison I-files and medical files and prior disciplinary and classification be made available etc., and the video of the  entire incident of 1-22-17 and why and what and when the restitution amounts, and Sgt. Miller, S C/O Vest and Sgt. Kerner's training and worn history."  (ECF No. 60 at 5.)

      Although Plaintiff attached copies of his discovery requests to the motion to compel (ECF No. 58), he failed to provide Defendants' discovery responses.  It is not the court's responsibility to look through each and every discovery request to determine what has and has not been provided to

---

[1] Although the deadline for Plaintiff to file his reply memorandum was June 23, 2022, the court received it on June 27, 2022.

Plaintiff. LR 26-6 requires discovery motions to "set forth in full the text of the discovery originally sought and any response to it."

Therefore, Plaintiff's Motion for an Order Compelling Discovery (ECF No. 58) is **DENIED** without prejudice. If Plaintiff elects to renew his motion, he may do so but only after Plaintiff completes his meet and confer and other requirements under Fed. R. Civ. P. 37 and LR 26-6.

**IT IS SO ORDERED.**

DATED: July 8, 2022.



_____
UNITED STATES MAGISTRATE JUDGE