UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

WES JOSEPH PERTGEN,

    Plaintiff

v.

ISIDRO BACA, et al.,

    Defendants

Case No.: 3:19-cv-00534-MMD-CSD

**Order**

Re: ECF Nos. 118, 119

On November 7, 2023, Plaintiff filed a motion to receive and have possession of his medical records (ECF No. 114) and a motion to compel discovery (ECF No. 115.) Defendants filed responses to those motions on November 21, 2023 (ECF Nos. 116, 117). On November 28, 2023, Plaintiff filed motions requesting an extension of time to file his reply brief in support of those motions. (ECF Nos. 118, 119.) He states that as of the date of the motion (dated November 27, 2023, with certificate of service on November 28, 2023), he had not received the responses, and sought an extension of 10 days from the date he receives the responses to file his reply briefs. Plaintiff's motions (ECF Nos. 118, 119) are **GRANTED** insofar as defense counsel is directed no later than tomorrow, **November 30, 2023**, to contact Ely State Prison, where Plaintiff is currently housed, and ensure that Plaintiff has received the responses (ECF Nos. 116, 117). Plaintiff shall then have up to and including **December 11, 2023**, to file his reply briefs in support of his motions. **IT IS SO ORDERED**.

Dated: November 29, 2023

_____
Craig S. Denney
United States Magistrate Judge