1 │ AARON D. FORD
  │  Attorney General
2 │ SAMUEL L. PEZONE, JR. (Bar No. 15978)
  │  Deputy Attorney General
3 │ State of Nevada
  │ Office of the Attorney General
4 │ 1 State of Nevada Way, Suite 100
  │ Las Vegas, Nevada 89119
5 │ (702) 486-4070 (phone)
  │ (702) 486-3768 (fax)
6 │ Email: spezone@ag.nv.gov

7 │ *Attorneys for Defendants*
  │ *Curtis Kerner and Lisa Walsh*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| WES JOSEPH PERTGEN, | Case No. 3:19-cv-00534-MMD-CSD |
| Plaintiff, | **ORDER GRANTING** |
| | **STIPULATION TO DISMISS WITH** |
| v. | **PREJUDICE** |
| CURTIS KERNER, et al., | |
| Defendants. | |

Plaintiff, Wes Joseph Pertgen, pro se, and Defendants, Curtis Kerner and Lisa Walsh (Defendants), by and through counsel, Aaron D. Ford, Attorney General of the State of Nevada, and Samuel L. Pezone Jr., Deputy Attorney General, hereby stipulate and order that the above-captioned action is dismissed with prejudice as to all claim against all Defendants pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), with each party to bear their own costs.

DATED this 16th day of August, 2024.         DATED this 16th day of August, 2024.

                                             AARON D. FORD
                                             Attorney General
8-16-24

By: _____               By: */s/ Samuel L. Pezone Jr.*
Wes Joseph Pertgen #23790                  SAMUEL L. PEZONE JR. (Bar No. 15978)
Plaintiff, Pro Se                          Deputy Attorney General

IT IS SO ORDERED

DATED this 24th day of September 2024.      _____
                                           CHIEF U.S. DISTRICT JUDGE

Page 1 of 1